All right, so it appears that counsel for the appellant is not here, I'm perhaps just confused as to whether, no appellee, you're, Mr. Anderson, you are appellee or appellant?  Appellee. So your adversary is not here. I'm not sure what the confusion was. I'm not aware as well, your honor. Okay. Anything you wish to say while you're here? Sure. Good morning, may it please the court, Paul Anderson on behalf of the Bronx County District Attorney's Office on behalf of Respondent Appellee Superintendent Lilley. It's our position that a certificate of appealability should not be granted in this case. They're under the standard of whether it's debatable that the district court got it wrong or more debate on the issues if warranted. We disagree the district court addressed the merits of the claims directly and found that it agreed with the state court. So there really isn't a procedural bar that could be argued about later. And then at the end, when the district court said, yes, I agree with the state court's finding, then applied EDPA deference in saying these findings are reasonable. So here, the petitioner's ineffective assistance of counsel claims, both of the trial strategies and of the issue of the plea offer were resolved in a hearing. And really, there isn't much further that I think this court needs to weigh in on. Same for the allegations of prosecution misconduct. Once again, the district court went through exactly every item of that claim and found that the state court got it right. And if your honors have no questions, I'll yield my time and just ask that no certificate be issued. Thank you.